**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ANDREW GOULD and SAMANTHA GOULD,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECT RECOVERY SERVICES L.L.C., and ELLE GUSMAN,<br><br>Defendants. | Case No.: 0:19-cv-00018-SRN-HB |

## NOTICE OF SETTLEMENT

Plaintiffs, ANDREW GOULD and SAMANTHA GOULD, ("Plaintiffs"), through their attorney, Thomas J. Lyons, Jr., informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiffs anticipate dismissing this case, with prejudice, within 60 days.

DATED: January 31, 2019          RESPECTFULLY SUBMITTED,

By: /s/ Thomas J. Lyons Jr.
    Thomas J. Lyons Jr.
    Attorney I.D. #0249646
    367 Commerce Court
    Vadnais Heights, MN 55127
    Telephone: 651-770-9707
    tommy@consumerjusticecenter.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

On January 31, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Thomas J. Lyons, Jr.
Thomas J. Lyons, Jr.